5

Date: 6/20/08

JUDGE: **BRINKEMA**
REPORTER: Thomson

Start: 10:23
Finish: 10:38

Civil Action Number: 1:08cv449

Royal Alliance Associates, Inc.

VS.

Branch Avenue Plaza, L.P.

Deft's [ ]
Pltf's [X] Motion to/for: Preliminary Injunction

Argued &
Granted [✓] Denied [ ]  Granted in part/Denied in part [ ]  Continued [ ]
Taken Under Advisement [ ]

Court to issue order