IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division



ROYAL ALLIANCE ASSOCIATES, INC.,  )
                                  )
        Plaintiff,                )
                                  )
     v.                           )     No. 1:08cv449 (LMB/JFA)
                                  )
BRANCH AVENUE PLAZA, L.P,         )
                                  )
        Defendant.                )

ORDER

For the reasons stated in open court, plaintiff's Motion for Preliminary Injunction is GRANTED [11], and it is hereby

ORDERED that defendant Branch Avenue Plaza, L.P. be and is enjoined from continuing to prosecute or take any action against Royal Alliance Associates, Inc., in arbitration proceedings before the Financial Industry Regulatory Authority until further order of the Court.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 20 day of June, 2008.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge