# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | | |
|---|---|---|
| ROYAL ALLIANCE ASSOCIATES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 1:08-cv-449 (LMB/JFA) |
| v. | ) | |
| | ) | |
| BRANCH AVENUE PLAZA, L.P., | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF ROYAL ALLIANCE ASSOCIATES, INC.'S PROPOSED EXHIBIT LIST

| Date | Description | Bates or Exhibit No. | Plaintiff's Trial Exhibit No. |
|---|---|---|---|
| June 17, 2008 | Certified copy of Form ADV filed by United Securities Alliance, Inc., as certified by the U.S. Securities and Exchange Commission | Second Declaration of Theodore J. Sawicki, Exhibit C | 1 |
| February 22, 2008 | Statement of Claim in the matter of the Arbitration Between: Branch Avenue Plaza, L.P., Claimant, v. United Securities Alliance, Inc., Royal Alliance Associates, Inc., and Gary L. Ackerman, Respondents. | Declaration of Theodore J. Sawicki, Exhibit B | 2 |
| May 7, 2008 | Letter from Theodore J. Sawicki to Mary L. Schapiro and Linda D. Feinberg of FINRA | Declaration of Theodore J. Sawicki, Exhibit C | 3 |
| May 23, 2008 | May 23, 2008 Letter from William J. Cassidy of FINRA to Theodore J. Sawicki | Declaration of Theodore J. Sawicki, Exhibit D | 4 |
| May 27, 2008 | Letter from William J. Cassidy of FINRA to Theodore J. Sawicki | Declaration of Theodore J. Sawicki, Exhibit E | 5 |
| May 28, 2008 | Letter from Linda D. Feinberg of FINRA to Theodore J. Sawicki. | Declaration of Theodore J. Sawicki, Exhibit F | 6 |
| May 6, 2008 | Certificate of Existence with Status in God Standing for United Securities Alliance, Inc. | Declaration of Theodore J. Sawicki, Exhibit G | 7 |

| Date | Description | Bates or Exhibit No. | Plaintiff's Trial Exhibit No. |
|---|---|---|---|
| **December 29, 2006** | Rights and Information Transfer Agreement by and among Royal Alliance Associates, Inc., United Securities Alliance, Inc., Ronald Bloomingkemper, Michael Jones, Ronald Petrinovich, Patrick Sutherland, and US Alliance Holdings, Inc. and Amendment to Transfer Agreement | Notice of Submission, Exhibit A<br><br>Declaration of Arthur Tambaro, Exhibit A | 8 |
| **July 30, 2008** | Defendant's Responses to Requests for Admission | Second Declaration of Theodore J. Sawicki, Exhibit A | 9 |
| **September 11, 2008** | Certified Copy of BrokerCheck Report on Gary Lynn Ackerman, as certified by FINRA | Second Declaration of Theodore J. Sawicki, Exhibit B | 10 |

Royal Alliance reserves the right to supplement this list, to use any exhibits listed on Defendant's proposed exhibit list, and to use additional or different exhibits for cross-examination or rebuttal.

Respectfully submitted, this 18th day of September, 2008.

_____/s/_____
Marianne Roach Casserly
Virginia Bar No. 45254
Attorney for Royal Alliance Associates Inc.
Alston & Bird LLP
950 F Street NW
Washington DC  20004
Phone:  (202) 756-3379
Fax:  (202) 654-4989
marianne.casserly@alston.com

Theodore J. Sawicki
Ambreen A. Delawalla
*Admitted Pro Hac Vice*
ALSTON & BIRD LLP
1201 W. Peachtree St.
Atlanta, GA  30309
Phone: (404) 881-7000
Facsimile: (404) 881-7777
tod.sawicki@alston.com
ambreen.delawalla@alston.com

ATTORNEYS FOR PLAINTIFF
Royal Alliance Associates, Inc.

# CERTIFICATE OF SERVICE

The undersigned does hereby certify that the within and foregoing has this day been served by electronic mail upon the following counsel of record:

W. Scott Greco
Greco & Greco, P.C.
1300 Old Chain Bridge Road
McLean, Virginia 22101

This 18th day of September, 2008.

_____/s/_____
Marianne Roach Casserly
Virginia Bar No. 45254
Attorney for Royal Alliance Associates Inc.
Alston & Bird LLP
950 F Street NW
Washington DC 20004
Phone: (202) 756-3379
Fax: (202) 654-4989
marianne.casserly@alston.com