# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

|  |  |
|---|---|
| ROYAL ALLIANCE ASSOCIATES, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:08-cv-449 (LMB/JFA) |
| BRANCH AVENUE PLAZA, L.P., | ) |
| Defendant. | ) |

## PLAINTIFF ROYAL ALLIANCE ASSOCIATES, INC.'S PRELIMINARY WITNESS LIST

Plaintiff Royal Alliance Associates, Inc. ("Royal Alliance") identifies the following witnesses who will testify at trial:

1. Art Tambaro, Royal. Alliance Associates, Inc.

Royal Alliance identifies the following witnesses who may testify at trial:

1. Gary Lynn Ackerman, CapWest Securities
2. William B. Allen, Branch Avenue Plaza, L.P.
3. Glaucia Allen, Branch Avenue Plaza, L.P.
4. Ronald Bloomingkemper, United Securities Alliance, Inc.
5. Ronald Petrinovich, United Securities Alliance, Inc.
6. Michael Jones, United Securities Alliance, Inc.
7. Patrick Sutherland, United Securities Alliance, Inc.
8. Dmitry Goldin, Royal Alliance Associates, Inc.
9. Gary N. Bender, Royal Alliance Associates, Inc.
10. Any witness on Defendant's witness list

Royal Alliance reserves the right to supplement this list in accordance with applicable rules. This list does not include potential rebuttal witnesses.

Respectfully submitted, this 18th day of September, 2008.

                                          _____/s/_____
Marianne Roach Casserly
Virginia Bar No. 45254
Attorney for Royal Alliance Associates Inc.
Alston & Bird LLP
950 F Street NW
Washington DC 20004
Phone: (202) 756-3379
Fax: (202) 654-4989
marianne.casserly@alston.com

Theodore J. Sawicki
Ambreen A. Delawalla
*Admitted Pro Hac Vice*
ALSTON & BIRD LLP
1201 W. Peachtree St.
Atlanta, GA 30309
Phone: (404) 881-7000
Facsimile: (404) 881-7777
tod.sawicki@alston.com
ambreen.delawalla@alston.com

ATTORNEYS FOR PLAINTIFF
Royal Alliance Associates, Inc.

# **CERTIFICATE OF SERVICE**

The undersigned does hereby certify that the within and foregoing has this day been served by electronic mail upon the following counsel of record:

W. Scott Greco
Greco & Greco, P.C.
1300 Old Chain Bridge Road
McLean, Virginia 22101

This 18th day of September, 2008.

_____/s/_____
Marianne Roach Casserly
Virginia Bar No. 45254
Attorney for Royal Alliance Associates Inc.
Alston & Bird LLP
950 F Street NW
Washington DC 20004
Phone: (202) 756-3379
Fax: (202) 654-4989
marianne.casserly@alston.com