# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| ROYAL ALLIANCE ASSOCIATES, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action # 1:08cv449 (LMB/JFA) |
| BRANCH AVENUE PLAZA, L.P., | ) |
| Defendant. | ) |

## DEFENDANT'S CROSS – MOTION FOR SUMMARY JUDGMENT

COMES NOW Defendant, Branch Avenue Plaza, L.P., and pursuant to FRCP Rule 56, files the following Cross-Motion for Summary Judgment requesting that the Court find that Plaintiff Royal Alliance is required to arbitrate this matter through FINRA and denying Plaintiff's request for a Permanent Injunction. Support for this Motion is set out in the attached Memorandum in Support, which details that as a member of FINRA, Royal Alliance is bound to arbitrate this dispute, and its request for injunctive relief against the arbitration should be denied.

                                        BRANCH AVENUE PLAZA, L.P.,
                                        By Counsel,

GRECO & GRECO, P.C.
1300 Old Chain Bridge Road
McLean, Virginia  22101
Telephone (703) 821-2777
Facsimile (703) 893-9377


By: \_\_\_/s/ W. Scott Greco_____
W. Scott Greco (VSB # 37341)
wsgreco@grecogrecolaw.com
Frederick D. Greco (VSB #4812)
Counsel for Defendant Branch Avenue Plaza, L.P.


**Certificate of Service**

I hereby certify that I served the foregoing by email service through the Court's ECF system on this  22nd   day of  September      , 2008 to the following:

Marianne R. Casserly, Esquire
ALSTON & BIRD LLP
950 F Street NW
Washington, DC, 20005
marianne.casserly@alston.com

Tod Sawicki, Esquire
Alston & Bird LLP
1201 West Peachtree Street - ACP 21
Atlanta, Georgia  30309-3424
Email: tod.sawicki@alston.com

\_\_\_/s/ W. Scott Greco_____
W. Scott Greco (VSB # 37341)
Counsel for Defendant Branch Avenue Plaza
GRECO & GRECO, P.C.
1300 Old Chain Bridge Road
McLean, Virginia  22101
Telephone (703) 821-2777
Facsimile (703) 893-9377
wsgreco@grecogrecolaw.com