Date: 9/29/08

JUDGE: **BRINKEMA**
REPORTER: Thomson

Start: 10:00
Finish: 10:26

Civil Action Number: 1:08cv449

Royal Alliance Associates, Inc.

VS.

Branch Avenue Plaza, L.P.

Deft's [ ]
Pltf's [✓] Motion to/for: Summary Judgment

Argued &
Granted [✓] Denied [ ] Granted in part/Denied in part [ ] Continued [ ]
Taken Under Advisement [ ]
Appearance of counsel.

Written opinion to follow
Bench trial to cancelled (11/12/08)