IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

ROYAL ALLIANCE ASSOCIATES, INC., )
    Plaintiff, )
     )
v. ) 1:08cv449 (LMB/JFA)
     )
BRANCH AVENUE PLAZA, L.P., )
    Defendant. )

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, plaintiff's Motion for Summary Judgment [23] is GRANTED, defendant's Cross Motion for Summary Judgment [31] is DENIED, and it is hereby

ORDERED, ADJUDGED, AND DECLARED that Royal Alliance Associates, Inc. ("Royal Alliance") is not obligated to submit to arbitration proceedings before the Financial Industry Regulatory Authority ("FINRA") to resolve any disputes related to transactions between Branch Avenue Plaza, L.P. ("Branch Avenue") and Gary Ackerman ("Ackerman") or United Securities Alliance, Inc. ("United Securities"), and it is further

ORDERED that Branch Avenue be and is permanently enjoined from pursuing against Royal Alliance, in arbitration proceedings before FINRA, any claims related to its transactions with Ackerman or United Securities, and it is further

ORDERED that Branch Avenue dismiss Royal Alliance from any arbitration proceedings pending before FINRA.

The Clerk is directed to enter judgment in favor of plaintiff pursuant to Fed. R. Civ. P. 58 and to forward copies of this Order and the Memorandum Opinion to counsel of record.

Entered this 20th day of November, 2008.

Alexandria, Virginia

/s/ *signature*
Leonie M. Brinkema
United States District Judge