FILED: February 20, 2009

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-2379
(1:08-cv-00449-LMB-JFA)



ROYAL ALLIANCE ASSOCIATES, INCORPORATED,

Plaintiff - Appellee

v.

BRANCH AVENUE PLAZA, L.P.,

Defendant - Appellant

O R D E R

Upon consideration of the stipulated motion to dismiss, the Court dismisses this appeal, upon such terms as have been agreed to by the parties, pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk

FILED: February 20, 2009

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

No. 08-2379
(1:08-cv-00449-LMB-JFA)

ROYAL ALLIANCE ASSOCIATES, INCORPORATED,

Plaintiff - Appellee

v.

BRANCH AVENUE PLAZA, L.P.,

Defendant - Appellant

RULE 42(b) MANDATE

This Court's order dismissing this appeal pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure takes effect today.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

/s/Patricia S. Connor, Clerk